# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | No. 2020-254-1 |
| NICHOLAS HOVAN | : | |

## ORDER

**AND NOW**, on this **24th** day of **August, 2021**, it is **ORDERED** that Defendant Hovan's Motion to Suppress Search Warrant and for *Franks* Hearing (ECF No. 141) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　 *S/Anita B. Brody*
　　　　　　　　　　　　　　　　　　　　　　 ANITA B. BRODY, J.

XC: Speedy Trial

Copies **VIA ECF**　　　　　　　　**Copies mailed 08-25-2021 to:**

　　　　　　　　　　　　　　　　　**Nicholas Hovan, defendant #1**